# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>KEN MENDOZA and ALICE MENDOZA,<br><br>　　　　　Defendants. | **14-cv-330 LJO BAM**<br><br>**New Case No. 14-cv-330 LJO BAM**<br><br><br>**ORDER RECUSING MAGISTRATE JUDGE AND REASSIGNING ANOTHER MAGISTRATE JUDGE** |

Good cause appearing, the undersigned disqualifies himself from all proceedings in this present action. The Clerk of the Court shall reassign this action to the docket of Magistrate Judge Barbara McAuliffe. The new case number is **1:14cv330 LJO BAM**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

　Dated: **May 23, 2014**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE