1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA
    Plaintiff,

11

    v.

Case No. 1:14-cv-00330-LJO-GSA

ORDER

12

KEN MENDOZA, dba Mendoza Business
Services; and ALICE MENDOZA, dba

13

Mendoza Business Services.

14

    Defendants.

15

16

    The United States of America ("United States"), has filed a Complaint for a Permanent

17

Injunction and Other Relief against Defendants Ken Mendoza and Alice Mendoza , individually

18

and doing business as  "Mendoza Business Services."

19

    Ken Mendoza and Alice Mendoza have consented to entry of this Stipulated Order of

20

Permanent Injunction, and waive the entry of findings of fact and conclusions of law.  Ken

21

Mendoza and Alice Mendoza further understand that this permanent injunction constitutes the

22

1

final judgment in this matter, and they waive any rights they may have to appeal from this judgment.

NOW, THEREFORE, and for good cause shown, it is accordingly ORDERED, ADJUDGED, and DECREED that:

Ken Mendoza and Alice Mendoza have continually and repeatedly engaged in conduct subject to penalty under 26 U.S.C. § 6694 as alleged in the Complaint, and that injunctive relief is appropriate under 26 U.S.C. § 7407 to bar them from acting as federal tax return preparers and from engaging in conduct subject to penalty under 26 U.S.C. § 6694; and

Ken Mendoza and Alice Mendoza have engaged in conduct that substantially interferes with the enforcement of the internal revenue laws, and that injunctive relief is appropriate to prevent the recurrence of that conduct pursuant to the Court's inherent equity powers and 26 U.S.C. § 7402(a).

Pursuant to 26 U.S.C. §§ 7402 and 7407 Ken Mendoza and Alice Mendoza, individually and doing business as "Mendoza Business Services," and their representatives, agents, servants, and employees, are permanently enjoined from directly or indirectly:

(1)     acting as federal tax return preparers or requesting, assisting in, or directing the preparation or filing of federal tax returns, amended returns, or other related documents or forms for any person or entity other than themselves or a legal spouse;

(2)     preparing or assisting in preparing or filing federal tax returns, amended returns, or other related documents or forms that they know or reasonably should know will result in an understatement of tax liability or the overstatement of federal tax refund(s);

(3)     engaging in any other activity subject to penalty under 26 U.S.C. § 6694 or any other penalty provision in the Internal Revenue Code;

(4)     engaging in any conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws; and

(5)     using, maintaining, renewing, obtaining, transferring, selling, or assigning any PTIN(s) and EFIN(s).

IT IS FURTHER ORDERED pursuant to 26 U.S.C. §§ 7402(a) and 7407,

(1)     that Ken Mendoza and Alice Mendoza, within 30 days of entry of the injunction, contact by United States mail and e-mail, if addresses are known, all persons for whom they prepared a federal tax return since January 1, 2008, to inform them of the permanent injunction entered against Ken Mendoza and Alice Mendoza, including sending a copy of the order of permanent injunction but not enclosing any other documents or enclosures unless agreed to by counsel for the United States or approved by the Court, and file with the Court a sworn certificate stating that they have complied with this requirement;

(2)     that Ken Mendoza and Alice Mendoza produce to counsel for the United States within 30 days a list that identifies by name, social security number, address, e-mail address, telephone number, and tax period(s), if known, all persons for whom they prepared federal tax returns or claims for refund since January 1, 2008; and

(3)     that Ken Mendoza and Alice Mendoza provide a copy of the Court's order to all of the principals, officers, managers, employees, and independent contractors of their tax return preparation business within fifteen days of the Court's order, and provide to counsel for the United States within 30 days a signed and dated acknowledgment or receipt of the Court's order for each person to whom they provided a copy of the Court's order.

IT IS FURTHER ORDERED that the United States is permitted to engage in post-judgment discovery to ensure compliance with this permanent injunction;

1    IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this action for

2   purposes of implementing and enforcing this permanent injunction; and

3    IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(d)(2), counsel for the

4   United States is authorized to arrange for personal service of this order on the Defendants.

5

6   IT IS SO ORDERED.

7    Dated:   **June 12, 2014**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22